

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| BFS GROUP LLC, | | No. 08-24-00407-CV |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| v. | | County Court at Law No 3 |
| | § | |
| JORGE CEBALLOS, | | of El Paso County, Texas |
| | § | |
| Appellee. | | (TC# 2024DCV1610) |
| | § | |
| | § | |

## MEMORANDUM OPINION

Before the Court is the parties' joint motion to dismiss the appeal, filed on April 22, 2025. Based on the settlement of their disputes, the parties jointly ask the Court to set aside the trial court's judgment without regard to the merits and to remand the case to the trial court for dismissal of the lawsuit with prejudice in accordance with their agreement.

Texas Rule of Appellate Procedure 42.1 provides the actions a court may take to dispose of an appeal either on motion or by agreement. Specifically, Rules 42.1(a)(2)(B) and 43.2(d) permit a court of appeals to set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the agreement. Tex. R. App. P. 42.1(a)(2)(B), 43.2(d). Here, the parties' joint motion reflects their agreement to seek authorized relief from the Court, and it is in proper form.

Accordingly, we grant relief. We set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the parties' agreement. *See* Tex. R. App. P. 42.1(a)(2)(B), 43.2(d); *Innovative Office Sys., Inc. v. Johnson*, 911 S.W.2d 387, 388 (Tex. 1995); *Akindele v. Oshodi*, No. 08-23-00139-CV, 2023 WL 5671448, at *1 (Tex. App.—El Paso Sept. 1, 2023, no pet.) (mem. op.); *Billy Thomas & Paisano Ready Mix, Inc. v. Reese*, No. 02-18-00338-CV, 2019 WL 984174, at *1 (Tex. App.—Fort Worth Feb. 28, 2019, no pet.) (mem. op.).

We further order the Court's mandate to issue immediately. *See* Tex. R. App. P. 18.1(c).

GINA M. PALAFOX, Justice

April 28, 2025

Before Salas Mendoza, C.J., Palafox and Soto, JJ.